**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUN - 6 2008

Clerk, U.S. District and Bankruptcy Courts

| | | |
|---|---|---|
| DR. ANTOINE GOMIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. **08 0972** |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The application will be granted but the complaint will be dismissed as frivolous.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks to obtain. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The Court has reviewed plaintiff's complaint, which alleges "intentional emotional, reputational and physical injuries by the action of the defendants (from April 27, 2006 to present)." Compl. at 1. The pleading does not state the nature of his alleged injuries and it does



not identify which defendant is responsible for which action or harm. As drafted, the complaint fails to comply with Rule 8(a), and therefore must be dismissed. An Order consistent with this Memorandum Opinion will be issued separately on this same date.

/s/ Paul L. Friedman
United States District Judge

DATE: 5/28/08